### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Dominik Glazewski | : | Chapter 13 |
| | : | Case No. 21-12174-MDC |
| Debtor(s) | : | |

### MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

Debtor, Dominik Glazewski, by and through Attorney Brad J. Sadek, hereby moves this Honorable Court for an Order allowing the voluntary dismissal of the Chapter 13 proceeding and hereby avers as follows:

1. Debtor filed the above-captioned Chapter 13 Bankruptcy on June 8, 2018.

2. A 341 Hearing – Meeting of Creditors was scheduled for September 13, 2021 and was continued to a later date, September 27, 2021.

3. On September 15, 2021, the Standing Chapter 13 Trustee filed a Motion to Dismiss for the Debtor's failure to provide the required Business documentation..

4. The rescheduled 341 Hearing – Meeting of Creditors on September 27, 2021 was not held.

5. To date, the debtor has paid a total of $1,270.00 to the Chapter 13 Trustee.

6. The debtor believes the continuing of this Chapter 13 Bankruptcy matter will not produce results that are in their best financial interest.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court to enter an Order allowing the instant voluntary dismissal of the Chapter 13 Case.

Dated: November 10, 2021

*/s/Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire.
Sadek & Cooper LLC
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008
brad@sadeklaw.com